IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 CASE NO.: 1:06cv201-SPM/AK

JEFFREY D. WILLIAMS,
APRIL L. WILLIAMS, and
JEFFREY BRIAN WILLIAMS,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Settlement and Motion to Stay Pretrial Order (doc. 18) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     The pretrial conference and trial are canceled.

2.     This case is dismissed with prejudice. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 18th day of July, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge